Manie COLLINS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77186.

Missouri Court of Appeals, Eastern District, Division Four.

June 20, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2000.

Application for Transfer Denied Aug. 29, 2000.

Mark A. Grothoff, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., HOFF, J., and PUDLOWSKI, Sr.J.

### ORDER

PER CURIAM.

Defendant, Manie Collins, appeals from the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing.

We have reviewed the record on appeal and find the judgment to be based on

findings of fact that are not clearly erroneous. An extended opinion would serve no precedential purpose.

The judgment is affirmed. Rule 84.16(b).